**FILED**
**CLERK, U.S. DISTRICT COURT**

JUN 16, 2014

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____PMC_____ DEPUTY

1  Frank J. Coughlin, SBN 164851
2  Kim-Thao T. Le, SBN 272957
   **FRANK J. COUGHLIN**
3  A Professional Law Corporation
4  2677 N. Main Street, Suite 110
   Santa Ana, CA 92705
5  (714) 558-7886 / FAX: (714) 558-7612
6  frank.coughlin@fjclaw.com
   kim.le@fjclaw.com
7  Attorneys for Plaintiff Quint, bvba

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| QUINT, bvba, a Belgium Limited Liability Company, | CASE NO. 5:14cv00144 SVW (VBKx) |
| Plaintiff, | Assigned to: Honorable Stephen V. Wilson |
| v. | |
| EAMON MCDONALD, an individual; QUINT IMPORT EXPORT, LLC, a California limited liability company; and DOES 1-10, | [PROPOSED] FINAL JUDGMENT OF PERMANENT INJUNCTION AND DISMISSAL |
| Defendants. | |
| EAMON MCDONALD, an individual; QUINT IMPORT EXPORT, LLC, a California limited liability company, | Complaint Filed: January 23, 2014 |
| Counter-Claimants, | Trial Date: July 29, 2014 |
| v. | |
| QUINT, bvba, a Belgium Limited Liability Company, | JS-6 |
| Counter-Defendant. | |

- 1 -
FINAL JUDGMENT OF PERMANENT INJUNCTION AND DISMISSAL

The Court, pursuant to the Stipulation for Entry of Final Judgment Including Permanent Injunction and Dismissal ("Stipulation") between Plaintiff and Counter-Defendant Quint, bvba ("Plaintiff"), on the one hand, and Defendants Eamon McDonald and Quint Import Export, LLC ("Defendants"), on the other hand, (hereinafter, collectively referred to herein as "Parties") hereby ORDERS, ADJUDICATES and DECREES that final judgment, including permanent injunction, shall be and hereby is entered on the Complaint in the above-referenced matter as follows:

1. **Permanent Injunction**: Defendants Eamon McDonald and Quint Import Export, LLC and their agents, employees, servants, attorneys, and all persons acting or purporting to act on their behalf or in concert or participation with them, or with any of them, **are hereby permanently enjoined** from:

   a. Using the name "Quint," or any other word or words which are similar to, or a colorable imitation of, Plaintiff's trade name and mark, either alone, as part of, or together with, any other word or words, trademark, service mark, trade name, or other business or commercial designation in connection with any commercial venture;

   b. Using or obtaining the Quint Sangria recipe, or any derivation therefrom, to manufacture any product for resale;

   c. Disseminating and/or disclosing the Quint Sangria recipe to any third party;

   d. Selling, offering to sell, marketing, distributing, advertising, and/or promoting any beverage or beverage accessory product with the word "Quint" displayed on the product, its packaging, advertising, or promotional materials;

1      e. Representing directly or indirectly by words or conduct that any
2         beverage product or beverage accessory offered for sale, sold,
3         promoted, or advertised by Defendants, is authorized,
4         sponsored by, endorsed by, or otherwise connected with Quint,
5         bvba;
6      f. Aiding or abetting in unfair competition against Quint, bvba;
7      g. Aiding or abetting in false advertising involving the name
8         "Quint" or sangria products; and
9      h. Inducing others to engage in any of the aforementioned acts.

2. Defendants Eamon McDonald and Quint Import Export, LLC shall keep the Quint Sangria recipe confidential and shall destroy all copies they have of the Quint recipe.

3. Except for the continued force of this Permanent Injunction, the Complaint of Quint, bvba against Defendants and the Counterclaims asserted by Defendants against Quint, bvba are hereby dismissed with prejudice, and each Party shall be responsible for his or its own attorney's fees and costs in this Action.

4. This Judgment Permanent Injunction and Order of Dismissal is Final and may not be appealed by any Party as the Parties have expressly waive any rights to appeal.

//
//
//
//
//
//
//

- 3 -
FINAL JUDGMENT OF PERMANENT INJUNCTION AND DISMISSAL

5. This Court retains jurisdiction over the subject matter of this action and of the Parties for the purpose of enforcement of this Judgment of Permanent Injunction and Order of Dismissal.

IT IS SO ORDERED, ADJUDICATED AND DECREED.

Dated: \_\_\_June 16\_\_\_, 2014

_____
HON. STEPHEN V. WILSON
United States District Court Judge